UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>E. HALL, et al.,<br><br>    Defendants. | No. 2: 19-cv-1752 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 13, 2019, the undersigned dismissed plaintiff's federal claims with thirty days to file an amended complaint. (ECF No. 3.) Thirty days passed and plaintiff did not file an amended complaint. Accordingly, on October 31, 2019, the undersigned recommended that plaintiff's federal claims be dismissed, and that plaintiff's state law claims be remanded to Lassen County Superior Court. (ECF No. 4.)

On November 13, 2019, plaintiff's counsel filed objections to the findings and recommendations. (ECF No. 5.) Plaintiff's counsel states he did not receive the September 13, 2019 order. Plaintiff's counsel states that had he received the September 13, 2019 order, he would have filed an amended complaint.

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The October 31, 2019 findings and recommendations (ECF No. 4) are vacated;
2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

Dated: November 15, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Turn1752.vac