UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. HALL, et al.,<br><br>　　　　　Defendants. | No.  2: 19-cv-1752 MCE KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 5, 2019, defendants removed this action from state court. (ECF No. 1.)

　　　　Pending before the court is plaintiff's second amended complaint filed June 16, 2020. (ECF No. 14.)  Named as defendants are Correctional Officer Hall, High Desert State Prison ("HDSP") and the California Department of Corrections ("CDCR").  Plaintiff alleges three claims for relief.

　　　　In claim one, plaintiff allege that defendant Hall used excessive force on June 27, 2017, in violation of the Eighth Amendment, when he yanked plaintiff's arm and caused plaintiff to suffer a torn rotator cuff and other injuries.  In claim two, plaintiff allege that defendant Hall committed battery on June 27, 2017, in violation of state law, when he yanked plaintiff's arm and caused plaintiff to suffer a torn rotator cuff and other injuries.

   In claim three, plaintiff alleges that all defendants acted negligently, in violation of state law. Plaintiff alleges that defendants CDCR and HDSP acted negligently by failing to properly train defendant Hall in the use of force policies, which resulted in defendant Hall yanking plaintiff's arm and causing a torn rotator cuff and other injuries. Plaintiff alleges that defendant Hall's negligence caused plaintiff to suffer the torn rotator cuff and other injuries.

   Plaintiff's three claims state potentially colorable claims for relief against defendants. Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, defendants Hall, HDSP and CDCR shall file a response to the second amended complaint.

Dated: June 19, 2020

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

John1752.ame(2)