UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br>Plaintiff,<br>v.<br>E. HALL, et al.,<br>Defendants. | No. 2: 19-cv-1752 MCE KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 5, 2019, defendants removed this action from state court. (ECF No. 1.)

Pending before the court is defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 16.) For the following reasons, plaintiff is ordered to file further briefing.

Defendants move to dismiss plaintiff's state law claims against defendant Hall based on plaintiff's alleged failure to comply with the California Government Tort Claims Act. In his opposition, plaintiff alleges that the Lassen County Superior Court denied his petition for an order relieving him from the provisions of California Government Code § 945. In the opposition, plaintiff alleges that his appeal from the order by the Lassen County Superior Court is pending in the California Court of Appeal.

Accordingly, IT IS HEREBY ORDERED that within fourteen days date of the date of this order, plaintiff shall inform the court of the status of his appeal filed in the California Court of Appeal.

Dated: December 28, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

John1752.fb