XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
JANET N. CHEN, State Bar No. 283233
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7319
  Fax: (916) 324-5205
  E-mail: Janet.Chen@doj.ca.gov
*Attorneys for Defendants*
*Hall, CDCR, and HDSP*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES JOHNSON,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CDCR, et al.,**<br><br>                              Defendants. | 2:19-cv-01752-KJN<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FEDERAL CLAIMS AND DEADLINE TO PROVIDE FURTHER BRIEFING RE STATE LAW CLAIMS**<br><br>Judge:        The Hon. Kendall J. Newman<br>Trial Date:  None set<br>Action Filed: June 25, 2019 |

On January 11, 2021, the Court ordered Defendants to file further briefing (or a motion to stay, if appropriate), addressing whether Plaintiff's state law claims should be stayed. (ECF No. 24 at 6-7.) The Court further ordered Defendant Hall to file a response to Plaintiff's Eighth Amendment claim. (*Id.* at 7.) The Court ordered Defendants' response within thirty-days, or by February 10, 2021.

The parties recently met and conferred to discuss these deadlines and the case. Based on that discussion, the parties have agreed that a thirty-day extension of these deadlines would be beneficial in order for the parties to engage in informal settlement discussions, including whether a formal settlement conference would be beneficial in this case.

1

Local Rule 144(a) permits the parties to stipulate, with Court approval, to extend the time within which to answer or otherwise to respond to the complaint. Accordingly, the parties stipulate to extend the following deadlines by an additional thirty days, up to and including March 12, 2021:

(1) Defendant Hall's deadline to respond to Plaintiff's Eighth Amendment claim; and

(2) Defendants' deadline to respond to the Court's order to file further briefing (of a motion to stay, if appropriate), regarding Plaintiff's state law claims.

**IT IS SO STIPULATED.**

Dated: February 9, 2021

Janet N. Chen
Deputy Attorney General
*Attorney for Defendants*
*Hall, CDCR, and HDSP*

Dated: February 9, 2021

Aaron Love Turner
Law Offices of Aaron Turner
*Attorney for Plaintiff Johnson*
(electronic signature authorized on February 9, 2021)

**IT IS SO ORDERED.**

Dated: February 11, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

John1752.sti