XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
JANET N. CHEN, State Bar No. 283233
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7319
 Fax:  (916) 324-5205
 E-mail:  Janet.Chen@doj.ca.gov
*Attorneys for Defendants*
*Hall, CDCR, and HDSP*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES JOHNSON,**<br><br>                                              Plaintiff,<br><br>     v.<br><br>**CDCR, et al.,**<br><br>                                              Defendants. | 2:19-cv-01752-KJN<br><br>**SECOND STIPULATED REQUEST TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FEDERAL CLAIMS AND PARTIES' DEADLINE TO PROVIDE FURTHER BRIEFING RE STATE LAW CLAIMS**<br><br>Judge:         The Hon. Kendall J. Newman<br>Trial Date:   None set<br>Action Filed:  June 25, 2019 |

On January 11, 2021, the Court ordered Defendants to file further briefing (or a motion to stay, if appropriate), addressing whether Plaintiff's state law claims should be stayed. (ECF No. 24 at 6-7.) The Court further ordered Defendant Hall to file a response to Plaintiff's Eighth Amendment claim. (*Id.* at 7.) The Court ordered Defendants' response within thirty-days, or by February 10, 2021.

On February 9, 2021, the parties filed a stipulated request for a thirty-day extension of these deadlines in order to discuss a possible settlement. (*See* ECF No. 25.) Since that time, the parties have been discussing settlement, and now agree to a second, sixty-day extension, to continue settlement discussions.

Local Rule 144(a) permits the parties to stipulate, with Court approval, to extend the time within which to answer or otherwise to respond to the complaint. Accordingly, the parties stipulate to extend the following deadlines by an additional sixty days, up to and including May 11, 2021:

(1) Defendant Hall's deadline to respond to Plaintiff's Eighth Amendment claim; and

(2) Defendants' deadline to respond to the Court's order to file further briefing (of a motion to stay, if appropriate), regarding Plaintiff's state law claims.

**IT IS SO STIPULATED.**

Dated: March 11, 2021          /s/ *Janet N. Chen*
                               Janet N. Chen
                               Deputy Attorney General
                               *Attorney for Defendants*
                               *Hall, CDCR, and HDSP*

Dated: March 11, 2021          /s/ *Aaron Love Turner*
                               Aaron Love Turner
                               Law Offices of Aaron Turner
                               *Attorney for Plaintiff Johnson*
                               (electronic signature authorized on March 11, 2021)

**IT IS SO ORDERED.**

Dated: March 12, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

John1752.stip(2)