UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>E. HALL, et al.,<br><br>    Defendants. | No.  2: 19-cv-1752 MCE KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 11, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 11, 2021, are ADOPTED in full;

2. Defendants' motion to dismiss plaintiff's state law claims against defendants CDCR

1

and HDSP on the grounds that they are entitled to Eleventh Amendment immunity (ECF No. 16) is DENIED.

IT IS SO ORDERED.

Dated:  March 17, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE