| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | TYLER V. HEATH, State Bar No. 271478 |
| | Supervising Deputy Attorney General |
| 3 | JANET N. CHEN, State Bar No. 283233 |
| | Deputy Attorney General |
| 4 | 1300 I Street, Suite 125 |
| | P.O. Box 944255 |
| 5 | Sacramento, CA 94244-2550 |
| | Telephone: (916) 210-7319 |
| 6 | Fax: (916) 324-5205 |
| | E-mail: Janet.Chen@doj.ca.gov |
| 7 | *Attorneys for Defendants* |
| | *Hall, CDCR, and HDSP* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES JOHNSON,** | 2:19-cv-01752-MCE KJN P |
| Plaintiff, | **THIRD STIPULATED REQUEST TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FEDERAL CLAIMS AND PARTIES' DEADLINE TO PROVIDE FURTHER BRIEFING RE STATE LAW CLAIMS** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | Judge: The Hon. Kendall J. Newman<br>Trial Date: None set<br>Action Filed: June 25, 2019 |

The parties hereby stipulate to a third request to extend the deadline for Defendants to file a response to Plaintiff's Eighth Amendment claim and to file further briefing addressing whether Plaintiff's state law claims should be stayed. (*See* ECF No. 24.) This request is being made for the purpose of allowing the parties to continue settlement discussions.

The parties previously stipulated to two requests to extend these deadlines for the purpose of engaging in settlement discussions. (ECF Nos. 25, 27.) However, Defendants have now requested, and Plaintiff has agreed to allow, additional time for the parties to continue settlement discussions.

Local Rule 144(a) permits the parties to stipulate, with Court approval, to extend the time within which to answer or otherwise to respond to the complaint. Accordingly, the parties stipulate to extend the following deadlines by an additional sixty days, up to and including July 11, 2021:

(1) Defendant Hall's deadline to respond to Plaintiff's Eighth Amendment claim;

(2) Defendants' deadline to respond to the Court's order to file further briefing (of a motion to stay, if appropriate), regarding Plaintiff's state law claims;

(3) No further extensions of time will be granted.

**IT IS SO STIPULATED.**

Dated: May 11, 2021  /s/ Janet N. Chen
Janet N. Chen
Deputy Attorney General
*Attorney for Defendants*
*Hall, CDCR, and HDSP*

Dated: May 11, 2021  /s/ Aaron Love Turner
Aaron Love Turner
Law Offices of Aaron Turner
*Attorney for Plaintiff Johnson*
(electronic signature authorized on May 11, 2021)

**IT IS SO ORDERED.**

Dated: May 13, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

John1752.eot(3)